455 A.2d 630

**COMMONWEALTH of Pennsylvania**

v.

**Charles HAAS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 9, 1982.

Decided Jan. 31, 1983.

Dennis J. Cogan, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Ann C. Lebowitz, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

Judgments of Sentence Affirmed.